**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-00450-JRG |
| | § | |
| vs. | § | LEAD CASE |
| | § | |
| CITIBANK, NA | § | |
| | § | |
| Defendant. | § | |
| ————————————————— | § | |
| SYMBOLOGY INNOVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: 2:16-cv-00446-JRG |
| | § | |
| vs. | § | CONSOLIDATED CASE |
| | § | |
| JPMORGAN CHASE BANK NA | § | |
| | § | |
| Defendant. | § | |
| ————————————————— | § | |

## ORDER

On this day the Court considered the Unopposed Motion to Dismiss JPMorgan Chase Bank NA (Dkt. No. 42). It is therefore ORDERED that all claims by and between parties are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, expenses and attorneys' fees. It is further ORDERED that the court will retain jurisdiction to enforce the terms of the Settlement Agreement between the parties.

**So ORDERED and SIGNED this 3rd day of October, 2016.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE